**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

DANNY TREY CROSSLAND #785923         CASE NO.  2:25-CV-01430 SEC P

VERSUS                               JUDGE JAMES D. CAIN, JR.

WAYNE BUSH ET AL                     MAGISTRATE JUDGE LEBLANC

**MEMORANDUM ORDER**

Before the Court is a Report and Recommendation (Doc. 8) from the Magistrate Judge, recommending that this matter be dismissed as time-barred under the applicable Louisiana prescriptive period. In his objections, plaintiff contends that some amount of time between the complained-of actions in October 2023, and the filing of this suit in September 2025 was tolled due to his attempts to exhaust administrative remedies.[1]

Under Louisiana law, a prisoner's pursuit of mandatory administrative remedies tolls the prescriptive period applicable to his civil rights claim. *Harris v. Hegmann*, 198 F.3d 153, 157 (5th Cir. 1999). The Complaint indicates that plaintiff filed an ARP with the Vernon Parish Sheriff's Office but never received a response.[2] Accordingly,

**IT IS ORDERED** that the Report and Recommendation be **DENIED,** and that the matter be **REFERRED** to the Magistrate Judge for further review of plaintiff's equitable tolling allegations.

**THUS DONE AND SIGNED** in Chambers on the 19th day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Doc. 12.
[2] Doc. 1, p. 2.